IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. PATTERSON, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-2396-DJC-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on April 11, 2023, and Plaintiff has appealed. Pending before the Court in this closed case are: (1) Plaintiff's motion to transfer this action to the Northern District of New York, ECF No. 24; and (2) Plaintiff's motions for the appointment of counsel, ECF Nos. 25 and 26. Plaintiff's motions will be denied because they were filed after this action was closed. The denial of Plaintiff's motions for the appointment of counsel will be without prejudice to seeking relief in the Ninth Circuit Court of Appeals.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to transfer, ECF No. 24 is DENIED.

2. Plaintiff's motions for the appointment of counsel, ECF Nos. 25 and 26, are DENIED without prejudice to renewal in the Ninth Circuit Court of Appeals.

Dated: December 12, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE